UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT E. DE SOTELL,

                              Plaintiff,

        v.

UNITED STATES OF AMERICA,
                              Defendant.

No.  2:21-CV-1082-RSL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Defendant's Motion to Dismiss (Dkt. 12) is granted, and Plaintiff's claims are dismissed without prejudice as this Court lacks subject matter jurisdiction.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant, and to the Hon. David W. Christel.


**DATED** this 8th day of February, 2022.


Robert S. Lasnik
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1